LUNSFORD DOLE PHILLIPS #4407
7 Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL WARD,     Plaintiff    v.  MYUNG SOO HWANG  REVOCABLE LIVING  TRUST; I SUN HWANG  REVOCABLE LIVING  TRUST     Defendants | CIVIL NO. 19-000011 LEK-RLP  AMENDED SUMMONS |

**AMENDED SUMMONS**

STATE OF HAWAII

To the above-named defendant:

You are hereby summoned and required to serve upon plaintiff's attorney, whose address is stated above, an answer to the AMENDED COMPLAINT which is attached hereto. This action must be

taken within 21 days after service of this summons upon you, exclusive of the date of service.

If you fail to make your written answer within the 21-day time limit, judgment by default will be taken against you for the relief demanded in the AMENDED COMPLAINT.

DATED: Honolulu, Hawaii, __March 18, 2019__.

SUE BEITIA
Clerk of the above-entitled court

/s/ C. Brost
Deputy Clerk

THIS AMENDED SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS AMENDED SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.

FAILURE TO OBEY THE AMENDED SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE PERSON SUMMONED.